No. 04–9583. OWENS *v.* FRANK, SECRETARY, WISCONSIN DE-PARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 04–9584. RICHARDSON *v.* BOCK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9589. DISCH *v.* O'DONNELL, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9590. DAVENPORT *v.* WOODFORD, DIRECTOR, CALIFOR-NIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–9591. RIVERS *v.* WILSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9593. DOLENZ *v.* VAIL. Ct. App. Tex., 5th Dist. Cer-tiorari denied.

No. 04–9594. BAILEY *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9598. MIMS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–9599. DEAN *v.* TEXAS. Ct. App. Tex., 12th Dist. Cer-tiorari denied.

No. 04–9602. TODD *v.* TODD. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–9605. PETERKA *v.* CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 04–9613. DI NARDO ET AL. *v.* BIELUCH, SHERIFF, PALM BEACH COUNTY, FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–9614. CRITTENDEN *v.* CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9615. DIXON *v.* CACIOPPO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 04–9625. BENIGNI *v.* SMITH ET AL. C. A. 8th Cir. Cer-tiorari denied.